IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUY CLARK; LINDA CORWIN;
CRAIG CORWIN; WESLEY HANCHETT;
RICHARD JONES; MICHAEL WRIGHT; and
SAN JUAN AGRICULTURAL WATER USERS ASSOCIATION,

    Plaintiffs,

vs.                                                                                                          Civ. No. 21-1091 KG/SCY

DEB HAALAND, in her official capacity as
Secretary of the Interior;
CAMILLE C. TOUTON, in her official capacity as
Deputy Commissioner, United States Bureau of Reclamation;
MARTHA WILLIAMS, in her official capacity as
Principal Deputy Director, U.S. Fish & Wildlife Service;
DR. RUDY SHEBALA, in his official capacity as
Executive Director, Navajo Nation Division of Natural Resources;
DAVID ZELLER, in his official capacity as head of
Navajo Indian Agricultural Products Industries;
JOHN D'ANTONIO, in his official capacity as
State Engineer of the State of New Mexico; and
ROLF SCHMIDT-PETERSON, in his official capacity as
Director of the New Mexico Interstate Stream Commission,

    Defendants.

## ORDER FOR SERVICE ON PRO SE PLAINTIFFS

This matter comes before the Court *sua sponte*. On January 31, 2022, Victor Marshall filed a Notice informing the Court that he had been suspended from the practice of law and prohibited from communicating with his clients, effective January 13, 2022. (Doc. 24). It is unclear whether this Notice was served on the individual Plaintiffs. On January 14, 2022, three (3) dispositive motions were filed by the Defendants. (Docs. 14, 15, and 16). Given the standard practice of serving an attorney with filed documents via ECF, and not serving copies on the parties themselves, the Court assumes the now *pro se* Plaintiffs have not seen these documents.

The Court hereby directs the Clerk to mail to each *pro se* Plaintiff a copy of this Order, Mr. Marshall's Notice (Doc. 24), the Defendants' Motions to Dismiss (Docs. 14, 15, and 16), and a copy of the *Pro Se* Litigant's Guide.

Furthermore, the Court *sua sponte* extends each Plaintiff's time to respond to Motions to Dismiss through and including April 4, 2022.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE