IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GUY CLARK; LINDA CORWIN;
CRAIG CORWIN; WESLEY HANCHETT;
RICHARD JONES; MICHAEL WRIGHT; and
SAN JUAN AGRICULTURAL WATER USERS ASSOCIATION,

    Plaintiffs,

v.                                                          No. 1:21-cv-01091-KG-SCY

DEB HAALAND, in her official capacity as
Secretary of the Interior;
CAMILLE C. TOUTON, in her official capacity as
Deputy Commissioner, United States Bureau of Reclamation;
MARTHA WILLIAMS, in her official capacity as
Principal Deputy Director, U.S. Fish & Wildlife Service;
DR. RUDY SHEBALA, in his official capacity as
Executive Director, Navajo Nation Division of Natural Resources;
DAVID ZELLER, in his official capacity as head of
Navajo Indian Agricultural Products Industries;
JOHN D'ANTONIO, in his official capacity as
State Engineer of the State of New Mexico; and
ROLF SCHMIDT-PETERSEN, in his official capacity as
Director of the New Mexico Interstate Stream Commission,

    Defendants.

ORDER DENYING AS MOOT MOTION FOR RELIEF FROM RULE OF GOOD STANDING

    This matter comes before the Court on Victor R. Marshall's Motion for Relief from Rule of Good Standing, filed March 10, 2022. (Doc. 33). Mr. Marshall requests the appointment of a panel of Federal Judges to review the state disciplinary proceedings that resulted in his suspension from the practice of law by the New Mexico Supreme Court. In the District of New Mexico, the review of state disciplinary proceedings by a panel of Federal Judges occurs in miscellaneous cases, not in civil actions. The Court has, therefore, filed Mr. Marshall's Motion in a miscellaneous case, *In re: Victor R. Marshall*, No. 1:22-mc-00018-WJ, for consideration by a

panel of Federal Judges. Consequently, the Court denies as moot the Motion for Relief from the Rule of Good Standing that Mr. Marshall filed in this case.

    IT IS SO ORDERED.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE