IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GUY CLARK; LINDA CORWIN; CRAIG CORWIN; WESLEY HANCHETT; RICHARD JONES; MICHEAL WRIGHT; and SAN JUAN AGRICULTURAL WATER USERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior; CAMILLE C. TOUTON, in her official capacity as Deputy Commissioner, United States Bureau of Reclamation; MARTHA WILLIAMS, in her official capacity as Principal Deputy Director, U.S. Fish & Wildlife Service; DR. RUDY SHEBALA, in his official capacity as Executive Director, Navajo Nation Division of Natural Resources; DAVID ZELLER, in his official capacity as head of Navajo Indian Agricultural Products Industries; JOHN D'ANTONIO, in his official capacity as State Engineer of the State of New Mexico; and ROLF SCHMIDT-PETERSEN, in his official capacity as Director of the New Mexico Interstate Stream Commission,<br><br>Defendants. | Case No. 1:21-cv-01091-KG-SCY<br><br><br><br>**ORDER TO WITHDRAW AS ATTORNEY** |

This matter comes on for consideration of the Motion to Withdraw as Attorney filed by Jason Searle, co-counsel for Defendant, Navajo Nation Division of Natural Resources, Executive Director, Dr. Rudy Shebala in this matter. G. Michelle Brown-Yazzie who is counsel of record will continue to represent the Defendant, Dr. Rudy Shebala in this case. Therefore, motion is granted.

_____
UNITED STATES DISTRICT JUDGE