IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GUY CLARK; LINDA CORWIN;
CRAIG CORWIN; WESLEY HANCHETT;
RICHARD JONES; MICHAEL WRIGHT; and
SAN JUAN AGRICULTURAL WATER USERS ASSOCIATION,

    Plaintiffs,

v.                                                                                                  Civ. No. 21-1091 KG/SCY

DEB HAALAND, in her official capacity as
Secretary of the Interior;
CAMILLE C. TOUTON, in her official capacity as
Deputy Commissioner,
United States Bureau of Reclamation;
MARTHA WILLIAMS, in her official capacity as
Principal Deputy Director, U.S. Fish & Wildlife Service;
DR. RUDY SHEBALA, in his official capacity as
Executive Director, Navajo Nation Division of Natural Resources;
DAVID ZELLER, in his official capacity as head of
Navajo Indian Agricultural Products Industries;
MIKE HAMMAN, in his official capacity as
State Engineer of the State of New Mexico; and
ROLF SCHMIDT-PETERSON, in his official capacity as
Director of the New Mexico Interstate Stream Commission,

    Defendants.[1]

## FINAL JUDGMENT

Having granted the Defendants Motions to Dismiss (Docs. 14, 15, 16) via contemporaneously filed Memorandum Opinion and Order, and pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

    IT IS ORDERED that:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Mike Hamman, as the current State Engineer of the State of New Mexico, is automatically substituted for John D'Antonio, the predecessor New Mexico State Engineer.

1. All claims asserted against Defendants Shebala and Zeller are dismissed without prejudice for lack of subject matter jurisdiction based on tribal sovereign immunity;

2. All claims asserted against Defendants Hamman and Schmidt-Peterson are dismissed without prejudice for lack of subject matter jurisdiction based on Eleventh Amendment immunity;

3. All claims asserted against Defendants Haaland, Touton, and Williams are dismissed without prejudice for lack of subject matter jurisdiction based on federal sovereign immunity; and

4. This case is hereby closed.

_____
UNITED STATES DISTRICT JUDGE